UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHASSIDY AKBAR, *et al.*,

    Plaintiffs,

vs.

ZAM CHIN KHAI, *et al.*,

    Defendants

Case No. 3:18-cv-339

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 29); AND (2) DENYING DEFENDANTS' PARTIAL MOTION TO DISMISS (DOC. 23) AS MOOT**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 29), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 29) is **ADOPTED** in full; and (2) Defendants' partial motion to dismiss (Doc. 23) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: 5-06-19

Walter H. Rice
United States District Judge