AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of Ohio

Chassidy Akbar
Plaintiff(s),
V.
Zam Chin Khai, et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cv-339

Notice is hereby given that, subject to approval by the court, **Ohio Department of Medicaid** substitutes
(Party(s) Name)

Dennis Yacobozzi II, Esq. , State Bar No. 0076339 as counsel of record in
(Name of New Attorney)

place of Joseph McCandlish, Esq.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Yacobozzi Drakatos LLC
Address: 1243 S High St
Telephone: (614) 443-2800   Facsimile (614) 443-2801
E-Mail (Optional): dyacobozzi@ydlegal.com

I consent to the above substitution.
Date:
(Signature of Party(s))

I consent to being substituted.
Date: 10/22/2020
(Signature of Former Attorney(s))  0073775

I consent to the above substitution.
Date: 10/21/2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10-23-2020
Judge  (tp - per Judge Rice authorization after his review)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]