IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHASSIDY AKBAR, et al., :

    Plaintiffs, :

  v. : Case No. 3:18-cv-339

ZAM CHIN KHAI, et al., : JUDGE WALTER H. RICE

    Defendants. :

ORDER DIRECTING COUNSEL FOR DEFENDANTS TO FILE PROOF OF SERVICE OF MOTION TO DISMISS FOR LACK OF PROSECUTION, (DOC. #73)

On November 30, 2020, Robert L. Gresham, Michael L. Wright and Kesha Q. Brooks, counsel for Plaintiffs, Chassidy Akbar and Malik Akbar, a minor, filed a Motion to Withdraw as Counsel, Doc. #71. On January 19, 2021, the Court sustained said Motion and Plaintiff, Chassidy Akbar, was given 30 days, or until February 18, 2021, to obtain new counsel.

On April 21, 2021, Defendants filed a Motion to Dismiss for Lack of Prosecution, Doc. #73, pursuant to Federal Rule of Civil Procedure 41. They assert that Plaintiff, Chassidy Akbar, has repeatedly failed to cooperate in discovery, prosecute her claims and comply with this Court's January 19, 2021, Order

requiring her to obtain new counsel.[1] Defendants' certificate of service states that service was made on Plaintiff, Chassidy Akbar, by certified mail.

Because Plaintiff is *pro se*, counsel for Defendants are Ordered to file with this Court proof of service of their Motion to Dismiss for Lack of Prosecution, Doc. # 73, on Plaintiff within ten days of this Order.

If Defendants provide proof of service, the Court will dismiss the case obviating the need for a status conference.

Date: June 10, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff, Chassidy Akbar, has alleged claims individually and as the mother, natural guardian and next friend of Plaintiff, Malik Akbar, a minor. Doc. #16, PageID#102.